UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PROMUNDO-US**,

    Plaintiff,

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,** *et al.*,

    Defendants.

Case No. 18-cv-2261 (CRC)

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [14] Defendants' Partial Motion to Dismiss is GRANTED. It is further

**ORDERED** that [21] Plaintiff's Motion for Expedited Summary Judgment and a Preliminary Injunction is DENIED AS MOOT.

This is a final appealable Order.

**SO ORDERED.**

Date: July 18, 2019

_____
CHRISTOPHER R. COOPER
United States District Judge